IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH DICKSON,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 24-00145-KD-M |
| ) | |
| **NAVIENT SOLUTIONS, LLC, EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC,** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., and TRANS UNION,** ) | |
| **LLC,** ) | |
| Defendants. ) | |

## ORDER

This action is before the Court on the Joint Motion to Dismiss, With Prejudice, Claims Against Navient Solutions, LLC. (Doc. 65). Upon consideration, and for the reasons below, the motion is **GRANTED**.[1]

Under Federal Rule of Civil Procedure 41(a)(2), an action may be dismissed at the plaintiff's request "by court order, on terms that the court considers proper." Fed. R. Civ. P. 41(a)(2). "A district court enjoys broad discretion in determining whether to allow a voluntary dismissal under Rule 41(a)(2)." Arias v. Cameron, 776 F.3d 1262, 1268 (11th Cir. 2015). "Generally speaking, a motion for voluntary dismissal should be granted unless the defendant will suffer clear legal prejudice other than the mere prospect of a second lawsuit." Id.

Here, Dickson and Navient Solutions, LLC ("NSL") reached a settlement, and Dickson moves to dismiss all claims against NSL with prejudice. (Doc. 65). This means that NSL will not face future litigation of Dickson's present claims. Dickson's motion also provides that each party bear its own attorney's fees and costs. (Id.). It does not appear that NSL will suffer legal prejudice

---

[1] The claims against Equifax Information Services, LLC; Experian Information Solutions, Inc.; and Trans Union, LLC have previously been dismissed with prejudice. (Docs. 51, 52, 57).

from this dismissal. Therefore, the Motion to Dismiss, With Prejudice, Claims Against Defendant Navient Solutions, LLC, (Doc. 65), is **GRANTED**. Dickson's claims against Navient Solutions, LLC are **dismissed with prejudice**, with each party to bear its own attorney's fees and costs.

    **DONE** and **ORDERED** this **2nd** day of **June 2025**.

                                              /s/ Kristi K. DuBose
                                              **KRISTI K. DuBOSE**
                                              **UNITED STATES DISTRICT JUDGE**