# IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF ALABAMA
## SOUTHERN DIVISION

| | |
|---|---|
| **ELIZABETH DICKSON,** ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION No. 24-00145-KD-M |
| ) | |
| **NAVIENT SOLUTIONS, LLC, EQUIFAX** ) | |
| **INFORMATION SERVICES, LLC,** ) | |
| **EXPERIAN INFORMATION** ) | |
| **SOLUTIONS, INC., and TRANS UNION,** ) | |
| **LLC,** ) | |
| Defendants. ) | |

## **JUDGMENT**

In accordance with the Order entered on this date, it is **ORDERED**, **ADJUDGED**, and **DECREED** that all claims in this action have been **DISMISSED with PREJUDICE**.

**DONE** and **ORDERED** this **2nd** day of **June 2025**.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**